# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HASH ASSET MANAGEMENT LTD., TAF CAPITAL PTY LTD, as trustee for the BLUEBOTTLE FUND, and NI KAIHAO, <br><br> Plaintiffs, <br><br> v. <br><br> DMA LABS, INC., ICHI FOUNDATION, NICK POORE, and BRYAN GROSS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 1:22-cv-01633 (GBW) |

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants DMA Labs, Inc. ("DMA") and ICHI Foundation ("ICHI") jointly file this Corporate Disclosure Statement and respectfully state as follows:

1. DMA has no parent corporation, and no publicly held corporation owns 10% or more of DMA's stock.

2. ICHI has no parent corporation, and no publicly held corporation owns 10% or more of ICHI's stock.

Dated: March 31, 2023

Respectfully submitted,

By: */s/ William M. Alleman, Jr.*
MELUNEY ALLEMAN & SPENCE, LLC
William M. Alleman, Jr. (Bar ID 5449)
1143 Savannah Road, Suite 3-A
Lewes, DE 19958
(302) 551-6740
bill.alleman@maslawde.com

MORRIS KANDINOV LLP
Aaron T. Morris
Andrew W. Robertson
1740 Broadway, 15th Floor
New York, NY 10019
(877) 216-1552
aaron@moka.law
andrew@moka.law

*Attorneys for Defendants*

2