IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HASH ASSET MANAGEMENT LTD., TAF CAPITAL PTY LTD, as trustee for the BLUEBOTTLE FUND, and NI KAIHAO, <br><br> Plaintiffs, <br><br> v. <br><br> DMA LABS, INC., ICHI FOUNDATION, NICK POORE, AND BRYAN GROSS, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 22-1633-JLH ) ) ) ) ) ) |

**ORDER**

At Wilmington this 15th day of April, 2025;

WHEREAS, on March 28, 2025, the Court entered an Order granting Defendants' Motion for Judgment on the Pleadings and giving Plaintiffs leave to file an amended complaint within 14 days (D.I. 53);

WHEREAS, 14 days have passed and Plaintiffs have failed to file an amended complaint;

THEREFORE, IT IS HEREBY ORDERED that the case is closed for failure to file an amended complaint. The Clerk of Court is directed to close the case.

Dated: April 15, 2025

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE